### STATE of Missouri, Plaintiff/Respondent,

v.

### Marvin McGHEE, Defendant/Appellant.

### No. ED 76267.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 15, 2000.

Jason S. Marks, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

### *ORDER*

PER CURIAM.

Defendant, Marvin McGhee, appeals from the judgment entered after a bench trial on his conviction of one count of statutory sodomy in the first degree, in violation of Section 566.062 RSMo (1994), on

which he was sentenced to a term of eighteen years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).